# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| United States of America, | Case No. 2:14-cr-00398-JAD |
| Plaintiff, | **ORDER** |
| vs. | ECF No. 104 |
| BARRY BENJAMIN DOOLEY, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the status hearing currently scheduled for Friday, January 10, 2020, at 9:30 a.m., be vacated.

DATED this 9th day of January, 2020.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE